UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J.R., A Minor, by and through her guardian ad litem EBONY PIGRUM<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:22-CV-0696-DMC<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of J.R., a Minor, for the appointment of Ebony Pigrum as guardian ad litem for J.R., a Minor, and good cause appearing therefore.

IT IS HEREBY ORDERED that Ebony Pigrum is appointed guardian ad litem for J.R., a Minor, a plaintiff in the above-entitled action, and as such she is authorized to institute and prosecute the action mentioned in the petition.

Dated: May 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE