# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**J. R.,**

CASE NO: **2:22–CV–00696–DMC**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/5/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **May 5, 2023**

by: /s/ C. Perdue
                          Deputy Clerk